**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VICKI WILLIAMS,**

      **Plaintiff,**

**vs.**                                                    **Case No. 4:07cv520-SPM/WCS**

**HOWDY RENT A TOILET, et al.,**

      **Defendants.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

Plaintiff, who is *pro se*, submitted a civil rights complaint on December 7, 2007, Doc. 1, and on December 11th, submitted a motion seeking leave to proceed with *in forma pauperis* status.  Doc. 2.  Plaintiff subsequently filed another document titled "affidavit of indigency," doc. 5, on December 19th.  None of these documents are on the proper forms as required by the local rules of this Court.  Nevertheless, it appears that Plaintiff's financial condition warrants the granting of *in forma pauperis* status and her motion is granted.

Federal law permits a United States District Court to dismiss a case filed *in forma pauperis*, if it is satisfied that the action is frivolous or malicious.  The Supreme Court has recognized two types of cases which may be dismissed, *sua sponte*, pursuant to 28

U.S.C. § 1915(d).  <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless."  *Id.*  This case lacks both an arguable basis in law and is clearly removed from reality.  <u>Sultenfuss v. Snow</u>, 894 F.2d 1277 (11th Cir. 1990), *citing* <u>Neitzke</u>.  As the factual allegations are incomprehensible, dismissal of the complaint is appropriate.

Accordingly, it is **ORDERED** that Plaintiff's motion to proceed *in forma pauperis*, doc. 2, be **GRANTED**.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on January 8, 2008.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**