IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                            CASE NO. 4:07cv520-SPM/WCS

HOWDY RENT A TOILET,

    Defendant.

_____/

## ORDER

Plaintiff has filed a document entitled "Motion Present Evedence" (doc. 10), which the Court will treat as a motion for reconsideration. The motion is incomprehensible and does not provide sufficient grounds to reconsider the Court's dismissal of this case. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 10) is denied.

DONE AND ORDERED this 4th day of February, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge